UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Holly Nygaard and Quanell Gee, on behalf of themselves and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>Beach House Hospitality Group, LLC d/b/a Beach House Bar and Grill; and Erez Sukarchi, individually, )<br><br>Defendants. ) | C/A No.: 4:20-cv-00233-JD<br><br>**JOINT MOTION FOR APPROVAL OF PARTIAL FAIR LABOR STANDARDS ACT SETTLEMENT** |

Plaintiffs, through their undersigned counsel, and Defendants, through their undersigned counsel (Plaintiffs and Defendants jointly "Parties"), hereby jointly move this Court for approval of a confidential settlement agreement reached by the parties to this action to settle the second of three causes of action plead by the Plaintiffs in this case. The Parties will submit the specific terms of the confidential settlement to the Court for approval *in camera*, but such terms are not contained in this Motion in an effort to preserve the confidential nature of the Parties' agreement.

The Parties believe the settlement reached and agreed upon to be fair and reasonable. Based on the foregoing, the Parties hereby move for a Court Order approving the Settlement Agreement reached by the Parties.

We so move this 12, day of April, 2021.

WE MOVE:

//s// Bruce E. Miller
Bruce E. Miller (Fed ID # 3393)
Bruce E. Miller, P.A.
147 Wappoo Creek Drive, Suite 603
Charleston, SC  29412
*ATTORNEY FOR PLAINTIFFS*

//s// Benjamin A. Baroody
Benjamin A. Baroody, Esq.
BELLAMY, RUTENBERG, COPELAND, EPPS, GRAVELY & BOWERS, P.A.
P.O. Box 357
Myrtle Beach, SC  29578-0357
*ATTORNEYS FOR DEFENDANTS*