UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| HOLLY NYGAARD and QUANELL GEE, on behalf of themselves and all others similarly situated, | ) ) ) ) | C/A: 4:20-CV-00233-JD |
| Plaintiffs, | ) ) | **STIPULATION OF DISMISSAL OF DEFENDANT** |
| v. | ) ) | **EREZ SUKARCHI, INDIVIDUALLY WITH PREJUDICE** |
| BEACH HOUSE HOSPITALITY GROUP, LLC d/b/a BEACH HOUSE BAR & GRILL; and EREZ SUKARCHI, individually, | ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiffs, Holly Nygaard ("Nygaard") and Quanell Gee ("Gee"), on behalf of themselves and all others similarly situated (all jointly "Plaintiffs"), by and through their undersigned counsel, and Defendants Beach House Hospitality Group, LLC d/b/a Beach House Bar and Grill ("Beach House") and Erez Sukarchi, individually (both jointly "Defendants"), by and through their undersigned counsel (Plaintiffs and Defendants jointly "Parties"), hereby stipulate to the dismissal of Defendant Erez Sukarchi, individually, as a Defendant in this case with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*. Defendant Sukarchi shall be removed as a party Defendant in all future pleadings of record. The case remains pending against Beach House.

(*Signatures appear upon the following page.*)

Page **1** of **2**

Stipulation
C/A: 4:20-CV-00233-JD

**WE SO STIPULATE**                                    **WE SO STIPULATE:**

s/Bruce E. Miller                                      s/Benjamin A. Baroody
Bruce E. Miller, Esq. (Fed Bar No. 3393)               Benjamin A. Baroody, Esq. (Fed. Bar No. 9442)
BRUCE E. MILLER, P.A.                                  Holly M. Lusk, Esq. (Fed. Bar No. 12587)
147 Wappoo Creek Drive                                 BELLAMY, RUTENBERG, COPELAND, EPPS,
Suite 603                                              GRAVELY & BOWERS, P.A.
Charleston, SC  29412                                  1000 29th Avenue North,
T: 843.579.7373                                        Myrtle Beach, SC  29577
F: 843.614.6417                                        T: 843.448.2400
bmiller@brucemillerlaw.com                             F: 843.448.3022
                                                       bbaroody@bellamylaw.com
                                                       hlusk@bellamylaw.com

**ATTORNEY FOR PLAINTIFFS**                            **ATTORNEYS FOR DEFENDANTS**

Date:   March 17, 2022                                 Date:   March 17, 2022