UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| HOLLY NYGAARD and ) <br> QUANELL GEE, on behalf of themselves ) <br> and all others similarly situated, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BEACH HOUSE HOSPITALITY ) <br> GROUP, LLC d/b/a ) <br> BEACH HOUSE BAR & GRILL ) <br> ) <br> ) <br> Defendant. ) | C/A: 4:20-CV-00233-JD <br><br><br><br> **PLAINTIFFS' MOTION FOR** <br> **SUMMARY JUDGMENT** |

Plaintiffs, Holly Nygaard ("Nygaard") and Quanell Gee ("Gee"), on behalf of themselves and all others similarly situated (all jointly "Plaintiffs"), by and through their undersigned counsel, hereby move this Honorable Court for an Order, pursuant to FRCP 56, granting summary judgment against Defendant Beach House Hospitality Group, LLC d/b/a Beach House Bar & Grill. The motion is supported by Plaintiffs' Memorandum in Support of Motion for Summary Judgment and any oral argument permitted by this court.

                                                                                     s/Bruce E. Miller
                                                                                     Bruce E. Miller (Fed Bar No. 3393)
                                                                                     BRUCE E. MILLER, P.A.
                                                                                     147 Wappoo Creek Drive, Suite 603
                                                                                     Charleston, SC  29412
                                                                                     T: 843.579.7373
                                                                                     F: 843.614.6417
                                                                                     bmiller@brucemillerlaw.com

                                                                   **ATTORNEY FOR PLAINTIFFS**

**CHARLESTON, SC**

**September 7, 2022**