UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| HOLLY NYGAARD and | ) | C/A: 4:20-CV-00233-JD |
| QUANELL GEE, on behalf of themselves | ) | |
| and all others similarly situated, | ) | |
| | ) | |
| Plaintiffs, | ) | **PLAINTIFFS' MOTION FOR** |
| | ) | **SUMMARY JUDGMENT ON** |
| v. | ) | **LIQUIDATED DAMAGES AND** |
| | ) | **THREE-YEAR STATUTE** |
| BEACH HOUSE HOSPITALITY | ) | **OF LIMITATIONS** |
| GROUP, LLC d/b/a | ) | |
| BEACH HOUSE BAR & GRILL; and | ) | |
| EREZ SUKARCHI, individually, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiffs, Holly Nygaard ("Nygaard") and Quanell Gee ("Gee"), on behalf of themselves and all others similarly situated, (all jointly "Plaintiffs"), by and through their undersigned counsel, hereby move this Honorable Court for an Order, pursuant to FRCP 56, granting summary judgment against Defendant Beach House Hospitality Group, LLC d/b/a Beach House Bar & Grill.  The motion is supported by Plaintiffs' Memorandum in Support of Motion for Summary Judgment.

*(Signature page to follow.)*

Plaintiffs' Motion for Summary Judgment on Liquidated Damages and Three-Year Statute of Limitations
C/A: 4:20-CV-00233-JD

s/Bruce E. Miller
Bruce E. Miller (Fed Bar No. 3393)
BRUCE E. MILLER, P.A.
147 Wappoo Creek Drive, Suite 603
Charleston, SC  29412
T: 843.579.7373
F: 843.614.6417
bmiller@brucemillerlaw.com

**ATTORNEY FOR PLAINTIFFS**

**CHARLESTON, SC**

**August 31, 2022**